Alvin WILSON, Plaintiff–Appellant,

v.

Vanessa JONES, a/k/a Nurse Jones at Rikers Island's AMKC Jail, Defendant–Appellee,

New York City et al.; Horn, Comm. of Corr. et al.; Oleary, Dep. of Sec. and his et al., Defendants.[1]

No. 07–1133–pr.

United States Court of Appeals, Second Circuit.

Jan. 30, 2009.

Alvin Wilson, Wallkill, N.Y., pro se, Plaintiff–Appellant.

Susan B. Eisner, Office of the Corporation Counsel, New York, N.Y., for Defendant–Appellee.

PRESENT: Hon. WALKER, Hon. GUIDO CALABRESI and Hon. RICHARD C. WESLEY, Circuit Judges.

## SUMMARY ORDER

In 2004, Alvin Wilson, then-incarcerated and acting *pro se*, filed a 42 U.S.C. § 1983 complaint against Nurse Vanessa Jones "from the main clinic and her et al," as well as various other defendants, alleging that his rights were violated by the constitutionally inadequate medical treatment he claimed he received during and after a January 2004 visit to Jones's clinic. In October 2004, the U.S. District Court for the Eastern District of New York (Ross, J. ) dismissed Wilson's complaint against all defendants except for Jones. In July 2006, Jones moved for summary judgment on the grounds that she was not deliberately indifferent to Wilson's medical needs and that she was entitled to qualified immunity. In February 2007, the District

1. We direct the Clerk of Court to amend the official caption as noted.

Court granted summary judgment for Jones, finding, *inter alia,* that summary judgment was appropriate because there was not sufficient evidence for a reasonable juror to find that Jones had acted with deliberate indifference.

Having thoroughly reviewed the record, we find Wilson's claims to be meritless for substantially the reasons stated by the District Court. Accordingly, we AFFIRM its decision.